U.S DISTRICT COURT
DISTRICT OF NEW JERSEY
Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse
50 WALNUT STREET P.O.BOX 419
NEWARK, NEW JERSEY 07102

Shield of Faith Embassy International Missions
d/b/a Shield of Faith Embassy Trust
on Behalf of Shaykamaxum Republic Guardian for
NOBLE, REGINALD CUPID Cestui Que Trust
By: General Executors Powers, Pursuant to, Rule 17
Libellant/Affiant
       -V-                    Case No._____
RODGER DEACON d/b/a
FOX CHASE BANK, and
FOX CHASE BANCORP INC.

THOMAS M. PETRO, C.E.O.      Under Ecclesiastical Jurisdiction
DAVISVILLE ASSOCIATES

DAN CAPARO, BROKER
COLDWELL BANKER PREFERRED      **RECEIVED**

JEFFREY D. BYDALEK                    FEB 11 2015
ALLEGED GRANTEE
                                        AT 8:30_____M
                                        WILLIAM T. WALSH, CLERK
GRANTOR K. BROWN
DAVISVILLE ASSOCIATES
Infant/minor/debtor/libellees

---

### Court Order

**Pursuant to**, Federal Rule 64 Replevin release of property to the Estate

immediately, after release of property than implement arrest minors, it is further

mentioned **Pursuant to**, Rule 57 we demand a Jury Trial, and court recognizes Rule

44.1; It is so granted and entered Rule 64, and Rule 57 **with prejudice.**

                                                                            _____
                                                                              J

U.S DISTRICT COURT
DISTRICT OF NEW JERSEY
Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse
50 WALNUT STREET  P.O.BOX 419
NEWARK, NEW JERSEY 07102

1  Shield of Faith Embassy International Missions
2  d/b/a Shield of Faith Embassy Trust
3  Shaykamaxum Republic, Guardian for
4  NOBLE, REGINALD CUPID Cestui Que Trust/Estate
5  By: General Executors Powers Pursuant to Rule 17
6  Libellant/Affiant
7            -V-                                    Case No._____
8  RODGER DEACON d/b/a
9  FOX CHASE BANK, and
10 FOX CHASE BANCORP INC.           Under Ecclesiastical Jurisdiction
11
12 THOMAS M. PETRO, C.E.O.
13 DAVISVILLE ASSOCIATES
14
15 DAN CAPARO, BROKER
16 COLDWELL BANKER PREFERRED
17                                                  RECEIVED
18  JEFFREY D. BYDALEK
19 ALLEGED GRANTEE                                  FEB 11 2015
20                                                  AT 8:30_____M
21 GRANTOR K. BROWN                                 WILLIAM T. WALSH, CLERK
22 DAVISVILLE ASSOCIATES
23 Infant/minor/debtor/libellees
24
25        **Actors, are in Default this action is for Final Judgment**
26        **Violation against the Estate, Settlement and**
27        **Closure and the Return of all Property Title 18 1653, UCC-3, 603**
28    **Title 18 USC 37118,USC 1036(A0(1)(b), 1001(a)(1)and HJR Act 194, 110 Congress**
29
30
31 Necessity, and by Special Visitation Only. **NOW COMES,** Supreme Chief

32 Chancellor for The Universal Court for the High Priest, Court for the King's

33 Bench, Supreme Chancery Division In respect to the, Shaykamaxum Republic an

34 Indigenous Nation, Respectfully.  I am, Judah-:Bey Isra'El, General

1

U.S DISTRICT COURT
DISTRICT OF NEW JERSEY
Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse
50 WALNUT STREET  P.O.BOX 419
NEWARK, NEW JERSEY 07102

35  Executor/Beneficial Owner/Trustee representing the Estate/Trust in the above
36  matter, We the Divine Birthright Inheritors for this land; The Original
37  Autochthonous Peoples" of Shaykamaxum Republic Government hereinafter
38  "SREAAG", Our land is called Atlantis-Amexem Al Moroc. This matter is in
39  regards to the Libellees/Respondent(s) listed above, Everything operates under
40  by **Constitution and treaty being the supreme law of the Land .We come as a**
41  **friend to the court**; we come with the spirit and Principles of Law, Order, and
42  Enforcement, peace and Love. We come on behalf of the people, SREAAG, and
43  the True Royal Family, and Heirs, Dejure, to respectfully make lawful demand for
44  Remedy and justice in this matter before this Honorable Court;

45   About Shaykamaxum Republic Government is a recognized Aboriginal
46  Indigenous government by other Indigenous Nations around the world confirmed
47  nationals residing in the territories of several states of the UNITED STATES a
48  states and, MEXICO. In March 19th 2011, S'REAAG undertook and completed a
49  lawful action whereby the official Shaykamaxum Native American Government
50  presented a constructive proposal, (Constitution) to the UNITED STATES.

51  Our constructive proposal was annexed March 19th 2011 endorsing our/a
52  "Constructive Agreement" hereinafter, "document" between U.S. via The US
53  Department of State, President of the United States, Universal Postal Union, Her
54  Majesty the Queen the Hague and the Minister of Justice, and bears the official
55  endorsement via registered Mail in accord with the doctrine of "full faith and credit
56  to be had and given"; notifying all UNITED STATES government jurisdictions
57  and the international community of the presence of the (S'REAAG) Shaykamaxum

U.S DISTRICT COURT
DISTRICT OF NEW JERSEY
Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse
50 WALNUT STREET  P.O.BOX 419
NEWARK, NEW JERSEY 07102

58   Native American Indigenous Government. The "document" is now being presented

59   to the court in accord with the protocols of the US Department of State Foreign

60   Affairs Manuel (FAM) which we file complete with written correspondence from

61   the  Stating in part "the statement on our certificates "full faith and credit" is in

62   acknowledgment of the States certificate to the document, and has sufficient legal

63   value through State and Federal several (sic)[levels] for use in other countries and

64   in this country.

65   This correspondence is verification in regards to certificate with our  Constitution

66   which is recorded with the Library of Congress and The National Republic

67   Registry.com  is a confirmed "final confirmation". This presentation is given in

68   accord with Vienna Convention on the Law of Treaties Depositaries of treaties.

69   (See attachment #1 page 1)  Treatment of this type notification to the court is

70   outlined in chapter 2 sections 113 of the USC.  Here is a review of UNITED

71   STATES Code Title 1 Chapter 2 Section 113… written to all offices in The

72   UNITED STATES:

73   "In all the courts of law and equity and of maritime jurisdiction, and in all the
74
75   tribunals and public offices of the UNITED STATES, and of the several States,
76
77   without any further proof or authentication thereof" Treaties and Other
78
79   International Acts Series issued under the authority of the Secretary of State shall
80
81   be competent evidence of the several public and private Acts of Congress." This
82
83   affidavit is made by special appearance and visitation not 'general' on behalf of ,
84
85   Atlan Amexem Government Trust, and the S'REAAG PEOPLE as a friend of/to

3

U.S DISTRICT COURT
DISTRICT OF NEW JERSEY
Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse
50 WALNUT STREET  P.O.BOX 419
NEWARK, NEW JERSEY 07102

86
87  the court; in this case being presented to the court for S'REAAG in relation to the
88
89  matter herein and for the sole purpose of providing clear notice of S'REAAG
90
91  jurisdiction in this instant matter, We The People Shaykamaxum Republic
92
93  Americans, whereas the American meaning; A native of America; originally
94
95  applied to the aboriginals, or copper-colored races, found here by the Europeans;
96
97  but now applied to the descendants of Europeans born in America.
98
99  By Noah Webster 1828 New English Language Dictionary. We the people, for the
100  Shaykamaxum Native Americans, hereby declare our right to self-determination,
101  the right to autonomy or self-government in matters relating to our internal and
102  local affairs, When the united States invaded Shaykamaxum land without proper
103  authority they violated their own and international law." Visit Article 31, of the
104  ratified international Declaration of the rights of Indigenous Peoples "Indigenous
105  peoples, as a specific form of exercising their right to self-determination, have the
106  right to autonomy or self-government in matters relating to their internal and local
107  affairs, including culture, religion, education, information, media, health, housing,
108  employment, social welfare, economic activities, land and resources management,
109  environment and entry by non-members, as well as ways and means for financing
110  these autonomous functions". This communication is official notice of liability of
111  The Federal District of Washington D.C. I/We invoke absolute rights and
112  respectfully make " Lawful demand" that this court take Actual and Constructive
113  Mandatory Judicial Notice of liability of the found, determined, and judicial facts;

**U.S DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse**
**50 WALNUT STREET  P.O.BOX 419**
**NEWARK, NEW JERSEY 07102**

114   and to move this honorable Court to Dismiss this case   into the jurisdiction of

115   Shaykamaxum, legal authorities pending our own S'REAAG  investigations.  We

116   come on grounds of direct Constitutional, Judicial, and International Treaty

117   Violations on the part of Libellees/Respondent/Debtors(s) above mentioned.

118
119   We The Divine People of the Shaykamaxum Republic Must Know That By Nature
120
121   We Are A Free People And Are Neither Slaves, Nor Unintentional Servants To
122
123   Any, Save Ourselves And Only In The Case Of A Punishment Of A Crime/civil
124
125   The court may wonder why we have not come forward before now with our
126
127   petition, well we have.  Convention (No. 169) concerning Indigenous and Tribal
128
129   Peoples in Independent Countries Adopted on 27 June 1989 by the General
130
131   Conference of the International Labor Organization at its seventy-sixth session
132
133   entry into force 5 September 1991 international law. Article 1.1. This Convention
134
135   applies to: (a) Tribal peoples in independent countries whose social, cultural and
136
137   economic conditions distinguish them from other sections of the national
138
139   community, and whose status is regulated wholly or partially by their own customs
140
141   or traditions or by special laws or regulations; Self-identification as indigenous or
142
143   tribal shall be regarded as a fundamental criterion for determining the groups to
144
145   which the provisions of this Convention apply. See attachment #1 Article  2   1.
146
147   Governments shall have the responsibility for developing, with the participation of

5

**U.S DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse**
**50 WALNUT STREET P.O.BOX 419**
**NEWARK, NEW JERSEY 07102**

148
149  the peoples concerned, co-ordinate and systematic action to protect the rights of
150
151  these peoples and to guarantee respect for their integrity. Article 6 1. In applying
152
153  the provisions of this Convention, Governments shall: (a) Consult the peoples
154
155  concerned, through appropriate procedures and in particular through their
156
157  representative institutions, whenever consideration is being given to legislative or
158
159  administrative measures which may affect them directly;
160
161  **Point of Fact**, On or about June 2013,We contacted Michael Marchese, a realtor of Coldwell
162
163  Banker Preferred, we then took a tour of the property and like it, we then after the second visit to
164
165  do a contract for the house, which is owned by the Bank.
166
167  **Point of Fact**, On or about June 17th 2013 we went to Montgomery County Recorder of Deeds
168
169  Office to get a certified copy of the deed to see who the true owner is, **(FOX CHASE BANK).**
170
171  **Point of Fact,** on or about June 24th 2013 a Contract was signed by the trustee of the trust and
172
173  the alleged seller on the contract as Davis Ville Associates Inc., who are not the
174
175  sellers,(FRAUD) The agent, broker approved prepared the contract.
176
177  **Point of Fact,** On or about June 25th 2013 instruments were mailed to Rodger Deacon
178
179  EVP,CFO of Fox Chase Bank and received via certified mail receipt on the June 27th 2013.He
180
181  was sent a Notice of Fiduciary Relationship, Private Registered Promissory Note Registration
182
183  No. DC, and a 1040-V and a Bond Tax Credit for $4,000,000.00 Dollars USD.
184
185  **Point of Fact,** As of July 3rd 2013 no response from the bank or the realtor, but on or about July
186
187  6th 2013Michael Marchese, sent an email stating that the Bank had decline the offer, however

6

U.S DISTRICT COURT
DISTRICT OF NEW JERSEY
Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse
50 WALNUT STREET P.O.BOX 419
NEWARK, NEW JERSEY 07102

188
189  we realize after reviewing lawful standings of a bank owning property, Officers of a national
190
191  bank in handling its funds are acting in a fiduciary capacity, and cannot make loans and
192
193  furnish money contrary to law or in such improvident manner as to imperil its funds.  First
194
195  Nat Bank v Humphreys Okla 1917 168 P 410, 66 Okla 186 A national bank cannot lend its
196
197  credit or become the guarantor of the obligation of another unless it owns or has an interest in
198
199  the obligation guaranteed especially where it receives no benefits therefrom.  Citizens' Nat
200
201  Bank of Cameron v Good Roads Gravel Co. Tex Civ App. 1921 236 SW 153 dismissed w.o.j
202
203  A national bank has no power to guarantee the performance of a contract made for the sole
204
205  benefit of another. First National Bank v Crespi & Co.Tex Civ App 1920 217 SW 705
206
207  National banks have no power to negotiate loans for others.  Pollock v Lumberman's Nat
208
209  Bank of Portland, or 1917 168 P 616 86 Or 324.
210
211
212  **Point of Fact**, On or about July 6th ,2013or there about Minister Antoine Smith the
213
214  Treasurer/Comptroller for the Shaykamaxum Atlantis Amexem Empire an Indigenous Nation
215
216  whose bloodline and ancestor is right here on this Native Land dating back thousands of year.this
217
218  nation and its people stand firm on our Constitution our principals, values, International Law,
219
220  and the Maxims of Law (Gods Law).Minister Antoine Smith, who on many occasions talk with
221
222  Mr. Marchese the Realtor for Coldwell Bankers Preferred, there last conversation was that Mr.
223
224  Marchese will be contacting Mr. Deacon, C.F.O. of Fox Chase Bank who the Instruments were
225
226  sent to, via registered mail, Mr Marchese, was informed that they the Bank and all parties
227
228  concerned would have until July 17th 2013 then they will be in dishonor, and also at this time
229

7

U.S DISTRICT COURT
DISTRICT OF NEW JERSEY
Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse
50 WALNUT STREET P.O.BOX 419
NEWARK, NEW JERSEY 07102

230 Default, as of late, there still is no rejection letter nor has the instruments, and the accompanying
231
232 documents returned. An Email was sent Michael Marchese requesting this statement of why
233
234 the property is paid for and we will do not have any keys nor a conversation. I guest the bank
235
236 don't want to pay the taxes or maybe there is some administrative oversight, right now all
237
238 parties concerned have committed fraud, extortion, treason, UCC 1-419, and other related
239
240 charges. As of July 20th 2013 still no property, nor from the realtor that is supposed to be
241
242 representing us, the trustees of the trust. I don't think so in this case, nor have heard from Mr,
243
244 Marchese at all;
245
246 **Point of Fact,** these actors have violated Court Orders, Arbitration, subpoena's the actual
247
248 complaint, as of May 17th 2014 Fox Chase has allegedly sold the Land and Improvements for
249
250 2,300,000 to JEFFREY D. BYDALEK, ALLEGED GRANTEE;
251
252 **Point of Fact,** on or about November 12th, 2014 a full package was sent to Department of the
253
254 Treasury's Kevin Mc Intyre, default on this matter;
255
256 It has come to pass that all the actors in this case are Extricable Intertwined, thus are
257
258 Knowingly and willing agree to be conspirators who in violation of International Law,
259
260 Uniform Commercial Code, Securities and Exchange Commission, Bankruptcy Code,
261
262 Constitutional Violation, United States and Shaykamaxum Republic Nation Atlan Amexem
263
264 Empire.
265
266 **Memorandum of Law**
267
268 Official source for United States laws is the Statue at Large and the United States Code is
269
270 only *prima facie* evidence of such laws. Royer's Inc. v United States, Statue at Large are
271

8

U.S DISTRICT COURT
DISTRICT OF NEW JERSEY
Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse
50 WALNUT STREET P.O.BOX 419
NEWARK, NEW JERSEY 07102

272  "Legal evidence" of laws contained therein and are accepted proof of these laws in any court
273
274  of the United States.  Bear v United States (1985 DC Neb) 611
275
276  **Canon Law Violations**
277  **Article 4-Fairness Canon 1430:** The absence of fairness is the absence of the law.
278  **Article 14 – Proof  Canon 1480** Proof is the demonstration or production of one or more
279  facts and evidence to support an Argument based on reason and logic. Proof therefore does
280  not depend upon faith or trust.
281  **Canon 1481** As these canons of Divine Law, Natural Law, Cognitive Law and Positive Law
282  comprehensively prove Divine Law, Natural Law and Positive Law, they stand as the highest
283  proof of law against any other claims of inferior law.
284  **Canon 1482** The denial of valid proof is error in law. Therefore, any denial of the superior
285  proof of these canons is automatically an error in law.
286  **Article 15 Truth**  Canon 1491: When anyone references, writes or speaks of "Truth",
287  "True" or "Absolute Truth" it shall mean these canons and no other.
288  **Article 28 Divine Person: Canon** 1592 As Existence of the Universe depends upon the
289  consent of each and every Divine Immortal Spirit and their associated Divine Person, the
290  proof of the continued existence of the Universe is Evidence of complete and willing consent
291  of all Divine Spirit Persons as Members of One Heaven. The Divine Person is therefore the
292  first Person, the highest Person, the perfected Person from which all other lesser Persons
293  Article 32- Supreme Juridic Person **Canon 1621**: As all Divine Persons are formed from
294
295  Divine Immortal Spirits, Supreme Juridic Persons possess conscience and legal personality as
296  a living spirit. It is both illogical and fraudulent to compare a Supreme Juridic Person with a

U.S DISTRICT COURT
DISTRICT OF NEW JERSEY
Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse
50 WALNUT STREET  P.O.BOX 419
NEWARK, NEW JERSEY 07102

297  Corporate Person being a Mortmanis person, also known as a "Dead Ghost" devoid of

298  conscience. As in the case of Lynnise A. Clark De Jure. From the begining

299  **Article 45 – Debt Canon 1680:** In a general sense, a Debt is a fictional Form representing

300  an obligation by one or more Person(s) due to another one or more Persons(s) whether it be to

301  perform an act, or make payment of certain currency, goods, or effects these libellees have a

302  Debt that has not been paid.

303  **Article 61- Corruption Canon 1750:** Any association, entity or person that seeks to corrupt

304  the Law and support the continued corruption of the law has no right whatsoever to speak for

305  the law or have anything to do with the law. Base on the evidence the INTERNAL

306  REVENUE SERVICE and its actors have demonstrated corruption from its formation to

307  take unit credits from a disabled person that is very low especially when the libellees are in

308  default themselves .

309  **Article 62-Fraud Canon 1752** Fraud is the false representation of Form to obtain an unjust

310  advantage or to injure the Rights of another.

311  **Canon 1753** Fraud is a deliberate act of deception. Hence, fraud is the deliberate

312  concealment of a known truth in order to mislead or cheat. Thus to "deceive" is to cause a

313  man or woman to believe what is false, to lead into error and delude.

314  **Canon 1754** Fraud and Justice can never dwell together. By no agreement or statute can it be

315  lawfully effected that a fraud shall be practiced.

316  **Canon 1755** No right of action can have its origin in fraud. No action may arise out of a

317  fraudulent consideration.

318  **Canon 1756** The phrase "let him who wishes to be deceived, be deceived" and those that

319  defend it is the utmost perversion and fraud against the law.

U.S DISTRICT COURT
DISTRICT OF NEW JERSEY
Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse
50 WALNUT STREET  P.O.BOX 419
NEWARK, NEW JERSEY 07102

320

321   **Canon 1757** The greater fraud is not the fraud upon the people by the government, and

322   judiciary class within inferior Roman law societies but the fact that inferior Roman law first

323   deceives all those who seek to practice law, thus entombing them within a prison of lies.

324   Allative of these Canon's apply.

325   **Article 70 Claim: Canon 1796** A claim can be satisfied only through rebuttal by counter-

326   affidavit point-for-point, resolution by jury, or payment.

327   **Canon 1797** A presumption of a claim in accordance with these canons will stand good until

328   the contrary is proved.

329   **Article 105-Estoppel:** (iv) An Estoppel by Silence, (acquiesce), is when a party had the

330   right and opportunity to assert a position earlier, and such silence put another person at a

331   disadvantage  and estoppel by silence may be issued; and

332   (v) A Laches is an estoppel in equity by delay.

333   Article 130-**Remedy: Canon 2295**: Remedy is a fictional concept in Reality whereby an

334   Injured Party receives a form of cure, repair, correction, compensation and justice against an

335   Injury in accordance with these canons and any valid statutes promulgated by valid Juridic

336   Persons, return of the Property stolen located at 1907 Skippack Pike Blue Bell Pa. immediately,

337   And compensation for pain and suffering;

338   **Article 74, Canon 1825, Possession,** Any Person who claims ultimate possession in

339   contravention of these canons, also assumes full liability and obligations. If this person having

340   unlawful possession then acts in a way contrary to honorable stewardship they therefore consent

341   to forfeiting any right, claim or protection under any law to the role of Executor or Administrator

342   or Trustee,we demand immediate possession minors/debtors/libelees/ agree by acquiesce default

U.S DISTRICT COURT
DISTRICT OF NEW JERSEY
Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse
50 WALNUT STREET P.O.BOX 419
NEWARK, NEW JERSEY 07102

343   is annexed documents;

344   **Article 139-Default: Canon 2376 Default** is the failure of a person to appear and defend an

345   accusation, thus causing a judgment or action to be rendered against them.

346   **Canon 2381** When a person has caused an injury to the law and admitted their guilt through

347   Non-attendance, a Competent Authority may then issue an order against the person known as

348   a Default Judgment, compelling the person to perform the obligations of the order.

349   **Canon 2382** Any person who issues a default notice, or judgment before a person has had the

350   Opportunity to defend them is guilty of fraud and deception and automatically consents

351   and affirms full liability of the default judgment, plus any further penalties and punishment, this
352
353   is what the Fox Chase Bancorp Inc d/b/a Fox Chase Bank;
354

355   Fox Chase Bancorp Inc, d/b/a/ Fox Chase Bank and the rest of the Actors have

356   been given plenty of Time and opportunity to settle these matter and has chosen to

357   dishonor the law steal property after it has been paid for see Security and Exchange

358   Commission Documents

359                                   **SUMMARY**
360
361   Office of the Viceroy, Supreme Chief Chancellor will serve, as Counsel for the

362   Shaykamaxum Republic Government and who is acting as Chief Law enforcement

363   Official, Divine Birthright Inheritance to this land; Chief of The Indigenous

364   Shaykamaxum Government of  Atlan Amexem Nation A Native Americans

365   Government" hereinafter "SREAAG", We come as a friend of the court; we come

366   with the spirit and Principles of Law, Order, and Enforcement.

367   We are seeking remedy in the form of the return of " Indigenous Lands, Equitable
368

**U.S DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**Dr.Martin Luther King Jr. Federal Bldg.& U.S. Courthouse**
**50 WALNUT STREET P.O.BOX 419**
**NEWARK, NEW JERSEY 07102**

369  land and Improvements, and Monetary Remedy in gold and silver unit credits
370
371  redeemed in Treasury Bills, settlement and closure;
372
373  ## Conclusion
374
375  The United States Supreme Court holds that TRUST relationships comes under the realm of equity, based upon
376  Canon Law, Nature Law, International Law, and Constitutional Law which is not subject to legislative restrictions as
377  are corporations and other organizations created by legislative authority, Eliot v. Freeman 220 US 178. The
378  Supremacy Clause is a clause in the United States Constitution, Article VI, Clause 2. This clause asserts and
379  establishes the Constitution, the federal laws made in pursuance of the Constitution, and treaties made by the United
380  States with foreign nations as "the Supreme Law of the Land" (using modern capitalization). The text of Article VI,
381  Clause 2, establishes these as the highest form of law in the American legal system, both in the Federal courts and in
382  all of the State courts, mandating that all state judges shall uphold them, even if there are state laws or state
383  constitutions that conflict with the powers of the Federal government. (Note that the word "shall" is used here and in
384  the language of the law, which makes it a necessity, a compulsion".
385
386  **EGNORENCE OF THE LAW IS NO EXCUSE**
387
388  **NOTICE TO THE PRINCPAL IS NOTICE TO ALL AGENTS**

389  **NOTICE TO AGENTS IS NOTICE TO ALL PRINCPALS, NO DOLUS MALUS**

390

391  _____
392  Supreme Chief Chancellor
393  Court for the King's Bench
394  Supreme Chancery Court Division

Shield of Faith Embassy_International Missions
In care of: 10 Franklin Street
near, Vauxhall, New Jersey [07088-9998]
Non-domestic /Non-Assumptsit